☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Johnson Residential LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 1 1 7 9 5 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 302 PA Rt. 507 | 124 Decker Creek Drive |
| Number        Street | Number        Street |
| | P.O. Box |
| Tafton        PA        18464 | Hawley        PA        18428 |
| City        State        ZIP Code | City        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Pike | |
| County | Number        Street |
| | |
| | City        State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | johnsonresidentialllc.com |

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u> <u>3</u> <u>6</u> <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
<br>Main Document    Page 2 of 47

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

             District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes. Debtor _____ Relationship _____

             District _____ When _____
                                           MM / DD / YYYY

             Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number        Street

                              _____

                              _____        _____
                              City                   State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

---

**Statistical and administrative information**

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 4 / 22
             MM / DD / YYYY

✗ _____          Joshua W. Johnson
  Signature of authorized representative of debtor    Printed name

Title  Sole Member
       _____

Debtor    Johnson Residential LLC
          Name                                          Case number (if known)_____

**18. Signature of attorney**    ✗ _____          Date    3/4/22
                                    Signature of attorney for debtor            MM  / DD / YYYY

                                    Philip W. Stock
                                    Printed name
                                    Law Office of Philip W. Stock
                                    Firm name
                                    706 Monroe Street
                                    Number      Street
                                    Stroudsburg                              PA         18360
                                    City                                     State      ZIP Code
                                    570-420-0500                             pwstock@ptd.net
                                    Contact phone                            Email address

                                    53203                                    PA
                                    Bar number                               State

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Johnson Residential LLC,          :          Chapter 7
    Debtor

                     :          Case No.

                     :

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION
### (RESOLUTION)

I, Joshua W. Johnson, declare under penalty of perjury that I am the Sole Member, of a Pennsylvania limited liability company and that on March 4, 2022, the following resolution was duly adopted by the Sole Member of the entity:

"Whereas, it is in the best interests of this limited liability company to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joshua W. Johnson, Sole Member of this entity, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Joshua W. Johnson, Sole Member of this entity, is authorized and directed to appear in all bankruptcy proceedings on behalf of the entity and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the entity in connection with such bankruptcy case; and

Be It Further Resolved, that Joshua W. Johnson, Sole Member of this limited liability company, is authorized and directed to employ Philip W. Stock, attorney and the law firm of Law Office of Philip W. Stock to represent the entity in such bankruptcy case."

Executed on :  3/4/22          Signed: _____
                                      Joshua W. Johnson, Sole Member
                                      Johnson Residential LLC
                                      PA 302 Rt. 507
                                      Tafton, PA 18464

**Fill in this information to identify the case:**

Debtor name ___Johnson Residential LLC___

United States Bankruptcy Court for the:_____ Middle _____ District of Pennsylvania
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**    $_____0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wayne Bank | Checking | 5 7 0 0 | $_____0.00 |
| 3.2. _____ | _____ | __ __ __ __ | $_____ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

**5. Total of Part 1**    $_____0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____
7.2. _____    $_____

---

Debtor  **Johnson Residential LLC**
_____
Name

Case number _(if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                           $_____0.00_____

---

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:  _____ – _____ = ......➔     $_____
                              face amount      doubtful or uncollectible accounts

   11b. Over 90 days old:     _____ – _____ = ......➔     $_____
                              face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____0.00_____

---

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____  _____  $_____

   14.2._____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

   15.1._____  _____%  _____  $_____

   15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____  _____  $_____

   16.2._____  _____  $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                          $_____0.00_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Construction Materials & Supplies | ___/___/___ MM / DD / YYYY | $_____ | Estimate | $   5,000.00 |
| 20. **Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Construction Tools | ___/___/___ MM / DD / YYYY | $_____ | Estimate | $   10,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$   15,000.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document    Page 9 of 47

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks, Chairs, Table, Couch, TV | $_____ | _____ | $ 2,000.00 |
| **40. Office fixtures** | | | |
| Office Supplies | $_____ | _____ | $ 200.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Desktop, Laptop | $_____ | _____ | $ 1,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____3,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | **NET EQUITY** | | |
| 47.1  2020 Ford F150    (100 % Equitable Int.)  (Title - Sole Member) | $   845.50 | Blue Book | $   29,000.00 |
| 47.2  2019 Ford F150    (100% Equitable Int.)  (Title - Sole Member) | $   2,991.86 | Blue Book | $   38,450.00 |
| 47.3  2017 Ford F350    (100%) | $   29,669.22 | Blue Book | $   33,000.00 |
| 47.4  2016 Chevy Tahoe    (100% Equitable Int.)  (Title - Sole Member) | $   21,322.00 | Blue Book | $   39,600.00 |
| 47.5  2004 Ford F350    (100%) | $   2,000.00 | Blue Book | $   2,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Construction Equipment: Mini Excavator 25,000.00, Skid Steer 25,000.00 14 ft. Dump Trailer 8,000.00, Telescopic Forklift 25,000.00 | $_____ | Estimate | $   83,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$   225,050.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Building - 302 PA Rt. 507 Tafton, PA | 100% | $_____ | Appraisal Feb. 2022 | 495,000.00 |
| 55.2 Lot #65 Blue Herron Woods N. Hawley, PA | 100% (Equitable Int.) | $_____ | Purchase Price 2021 | 57,102.34 |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 552,102.34

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document      Page 12 of 47

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____  −  _____ = ➜  $_____
                             Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

                                                                    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Payment to insider regarding personal loan (Joseph Caramanica)    $    37,000.00

    Nature of claim          _____
    Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    Insurance claim regarding theft of trailer and tools             $    20,000.00

    Nature of claim          Insurance Claim
    Amount requested         $ 20,000.00 (est.)

76. **Trusts, equitable or future interests in property**

                                                                    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    Claim for rent from 07/2021 to 03/2022 regarding insider         $    10,800.00

                                                                    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.              $    67,800.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   **Johnson Residential LLC**
Name

Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 15,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 3,200.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 225,050.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................➔ | | $ 552,102.34 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 67,800.00 | |
| 91. Total. Add lines 80 through 90 for each column..............91a. | $ 311,050.00 | + 91b. $ 552,102.34 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ..........................................................    $ 863,152.34

Fill in this information to identify the case:

Debtor name __Johnson Residential LLC__

United States Bankruptcy Court for the: _____ Middle _____ District of __Pennsylvania__
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
__Wayne Bank__

Creditor's mailing address
__717 Main Street  PO Box 269__
__Honesdale, PA 18431__

Creditor's email address, if known
_____

Date debt was incurred ___2020___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
__Office  Building__
__PA 302 Rt. 507, Tafton, PA 18464__

Describe the lien    __Mortgage__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 256,000.00          Column B: $ 495,000.00

**2.2** Creditor's name
__Access Capital__

Creditor's mailing address
__18377 Beech Blvd.  Suite 214__
__Huntington Beach, CA 92648__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
__2017 Ford F350__

Describe the lien    __Secured Loan__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 3,331.00          Column B: $ 33,000.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $ 281,331.00

| Debtor | Johnson Residential LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Additional Page</strong></td><td><strong>Column A</strong><br>Amount of claim<br><em>Do not deduct the value of collateral.</em></td><td><strong>Column B</strong><br>Value of collateral that supports this claim</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | Creditor's name

Access Capital

**Creditor's mailing address**

18377 Beech Blvd.  Suite 214
Huntington Beech, CA 92648

**Creditor's email address, if known**

Date debt was incurred _____
Last 4 digits of account
number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Mini Excavator   (1,000.00)
Skid Steer   (10,000.00)
Telescopic Forklift   (5,000.00)

**Describe the lien**   Secured Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,000.00 | $ 75,000.00

---

**2.4** | Creditor's name

Kubota Credit Corp.

**Creditor's mailing address**

PO Box 0559
Carol Stream, IL  60132

**Creditor's email address, if known**

Date debt was incurred _____
Last 4 digits of account
number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

14 ft. Dump Trailer

**Describe the lien**   Secured Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,000.00 | $ 8,000.00

---

Case 5:22-bk-00412-MJC　　Doc 1　　Filed 03/04/22　　Entered 03/04/22 08:41:37　　Desc
Main Document　　Page 16 of 47

Debtor    **Johnson Residential LLC**

United States Bankruptcy Court for the: _____ **Middle** _____ District of **Pennsylvania**
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Office of Attorney General Josh Shapiro
Collections Unit, Strawberry Square 14th Fl
Harrisburg, PA 17120

Total claim $ 20,109.00    Priority amount $ 20,109.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____ WC Insurance Fund _____

Last 4 digits of account
number   3 3 5 5

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Callicoon Supply/Peter Romano

Armstrong Madison & Chase   19 Spear Rd.

Ramsey, NJ 07446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit

$ 5,969.00

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Chris Colurusso / Bryana Darbenzio

12093 Creek Rd.

Clarks Summit, PA 18411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Breach of Contract

$ 1.00

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

David Phillips

457 Tioga Ave.

Kingston, PA 18704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

$ 1.00

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Hajoca Corporation dba Eastern Penn Supply

159 N. Second St.

Stroudsburg, PA 18360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit

$ 21,535.00

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

John and Liara Leonard

33 Summer Lake Drive

Highland Lake, NY 12743

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Breach of Contract

$ Unknown

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

John J. Stahl

258 Rowland Rd.

Greeley, PA 18425

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cost over-run  /  MDJ 199 CV 2021

$ 1.00

Date or dates debt was incurred   2021

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Joseph Caramanica

123 Terrace Rd.

Tafton, PA 18464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Personal loan from insider

Date or dates debt was incurred __2022__

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 200,000.00 (est.)

---

**3.8** Nonpriority creditor's name and mailing address

Lindsey Ann Watson / Dennis Zachary Bamford

29 Stenger Ave.

White Mills, PA 18473

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Breach of Contract

Date or dates debt was incurred __2021__

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

Lisa Mathena / Donna Girod

7 Catfish Court

Canadenis, PA 18325

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Breach of Contract

Date or dates debt was incurred __2021__

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Nancy and Karl Kapp

127 Erin Drive

Danville, PA 17821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Breach of Contract - Civil Action 5 CV 2022

Date or dates debt was incurred __2020__

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ 200,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Meyer and Heather Rubinstein

596 Boyds Mills Rd.

Milanville, PA 18443

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Civil Action 483 CV 2021

Date or dates debt was incurred __2021__

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 35,000.00

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document          Page 19 of 47

| Debtor | Johnson Residential LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12**   Nonpriority creditor's name and mailing address

Robert and Kathy Benedetto

301 Sunset Shore Dr.

Hawley, PA 18428

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$   Unknown

**Basis for the claim:** Breach of Contract

Date or dates debt was incurred    2021

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address

Scott Mayer

27 South Shore Drive

Lake Ariel, PA 18346

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$   Unknown

**Basis for the claim:** Breach of Contract

Date or dates debt was incurred    2021

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address

Todd and Marianne Northrop

22 Linvale Lane

Bridgewater, NJ 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$   Unknown

**Basis for the claim:** Breach of Contract

Date or dates debt was incurred    2021

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document     Page 20 of 47

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1. | Daniel Wechsler, Esquire / Amato and Keating PC<br>107 North Commerce Way, Suite 100<br>Bethlehem, PA 18017 | Line 3.4<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.2. | Edward A. Jaeger, Jr., Esquire / White and Williams LLP<br>1650 Market Street  One Liberty Place, Suite 1800<br>Philadelphia, PA 19103 | Line 3.10<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.3. | Richard B. Henry, Esquire<br>1105 Court Street<br>Honesdale, PA 18431 | Line 3.11<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 41. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | ____ ____ ____ |

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document    Page 21 of 47

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 20,109.00 |
| 5b. Total claims from Part 2 | 5b. **+** | $ 462,507.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 482,616.00 |

Fill in this information to identify the case:

Debtor name __Johnson Residential LLC__

United States Bankruptcy Court for the: __Middle__ District of __Pennsylvania__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Case 5:22-bk-00412-MJC     Doc 1     Filed 03/04/22     Entered 03/04/22 08:41:37     Desc
Main Document     Page 23 of 47

Fill in this information to identify the case:

Debtor name  Johnson Residential LLC

United States Bankruptcy Court for the: _____ Middle _____ District of Pennsylvania
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** — **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Joshua W. Johnson — 159 N. Second St. (Street) / Stroudsburg PA 18360 (City / State / ZIP Code) | | Hajoca Corporation dba Eastern Penn Supply | ☐ D ☑ E/F ☐ G |
| **2.2** Joshua W. Johnson — Collections Unit (Street) / Strawberry Square 14th Fl / Harrisburg PA 17120 (City / State / ZIP Code) | | Office of the Attorney General Josh Shapiro | ☐ D ☑ E/F ☐ G |
| **2.3** Joshua W. Johnson — 596 Boyds Mills Rd. (Street) / Milanville PA 18443 (City / State / ZIP Code) | | Meyer and Heather Rubenstein | ☐ D ☑ E/F ☐ G |
| **2.4** Joshua W. Johnson — 258 Rowland Rd. (Street) / Greeley PA 18425 (City / State / ZIP Code) | | John J. Stahl | ☐ D ☑ E/F ☐ G |
| **2.5** — (Street) / (City / State / ZIP Code) | | | ☐ D ☐ E/F ☐ G |
| **2.6** — (Street) / (City / State / ZIP Code) | | | ☐ D ☐ E/F ☐ G |

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document    Page 24 of 47

124 Decker Creek Dr.

**Johnson Residential LLC**

Hawley, PA 18428

-General Contractor-

HIC # PA 102058

Phone: 570 656 4562

**Profit and Loss September 2021 – February 2022**

| Month: | Debits: | Credits | P/L |
|---|---|---|---|
| February 2022 | $187,267.07 | $186,698.12 | - $568.95 |
| January 2022 | $217,034.46 | $209,837.59 | -$7,196.87 |
| December 2021 | $403,117.96 | $406,045.00 | +$2,927.04 |
| November 2021 | $387,738.54 | $380,093.19 | - $7645.35 |
| October 2021 | $460,150.71 | $385,084.21 | -$75,087.71 |
| September 2021 | $305,083.60 | $218,824.67 | -$86,258.93 |
| Total: | $1,960,392.34 | $1,786,582.78 | -$173,809.56 |

Fill in this information to identify the case:

Debtor name __Johnson Residential LLC__

United States Bankruptcy Court for the: _____Middle_____ District of __Pennsylvania__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................... $ ___552,102.34___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ ___311,050.00___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ ___863,152.34___

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ ___281,331.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................... $ ___20,109.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. + $ ___462,507.00___

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b                                                                                        $ ___763,947.00___

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document    Page 26 of 47

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___6 Month Profit & Loss_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/4/22__          **✗** _____
        MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                                Joshua W. Johnson
                                                _____
                                                Printed name

                                                Sole Member
                                                _____
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  __Johnson Residential LLC__

United States Bankruptcy Court for the: _____ __Middle__ _____  District of __Pennsylvania__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

|  | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From __01/01/2022__<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ __-7,765.82 (est. income)__ |
| **For prior year:** | From __01/01/2021__<br>MM / DD / YYYY | to | __12/31/2021__<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other __(return pending)__ | $ __-166,064.95 (est. income__<br>09/2021 - 12/2021 |
| **For the year before that:** | From __01/01/2020__<br>MM / DD / YYYY | to | __12/31/2020__<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other __(return pending)__ | $ ___-___ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

|  |  | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____ Street | _____ | | ☐ Unsecured loan repayments |
| | _____ | | | ☐ Suppliers or vendors |
| | _____ City    State    ZIP Code | _____ | | ☐ Services |
| | | | | ☐ Other _____ |
| 3.2. | | | | |
| | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____ Street | _____ | | ☐ Unsecured loan repayments |
| | _____ | | | ☐ Suppliers or vendors |
| | _____ City    State    ZIP Code | _____ | | ☐ Services |
| | | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Joseph Caramanica Insider's name | | $ 37,000.00 | |
| | Street | 2021 | | Repayment of portion of loan from |
| | 123 Terrace Road | | | father-in-law re business |
| | Tafton    PA    18464 City    State    ZIP Code | | | |
| | Relationship to debtor Father-in-law of Sole Member | | | |
| 4.2. | Sole Member's wife's flooring business Insider's name | 2021-2022 | $ 10,800.00 | Unpaid rent from 7/2021 - 3/2022 |
| | 124 Decker Creek Drive Street | | | |
| | Hawley    PA    18428 City    State    ZIP Code | | | |
| | Relationship to debtor Wife of Sole Member | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–  __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Kapp v Johnson Residential LLC | Civil Action | Court of Common Pleas<br>*Name*<br>of Wayne County<br>*Street*<br>Honesdale   PA   18431<br>*City*   *State*   *ZIP Code* | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>5-CV-2022 | | | |
| 7.2. Case title<br>Stahl v Joshua W. Johnson/<br>Johnson Residential LLC | Civil Action | MDJ 60-3-02<br>*Name*<br>106 Shook Road   Suite 100<br>*Street*<br>Hawley   PA   18428<br>*City*   *State*   *ZIP Code* | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>MDJ-199-CV-2021 | | | |

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document     Page 30 of 47

**ATTACHMENT**

**Debtor:** Johnson Residential LLC

**Case No.**

**Part 3: Legal Actions or Assignments**

9.       **Case title:** Rubinstein v Johnson Residential LLC
                           and Joshua Johnson

         **Case number:** 483 CV 2021

         **Nature of the case:** Civil Action

         **Court or agency:** Court of Common Pleas of Wayne County, PA

Debtor    Johnson Residential LLC
          _____
          Name

Case number (if known)_____

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City        State    ZIP Code | | Street |
| | Date of order or assignment | |
| | | City        State    ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City        State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City        State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Insurance claim regarding theft of trailer and tools. | | | $ 20,000.00 (est.) |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Philip W. Stock, Esquire | Attorney Fee: 1,000.00 | 02/00/2022 | $ 1,000.00 |
| | **Address** | | | |
| | 706 Monroe Street | Attorney Fee: 4,000.00 | 03/04/2022 | 4,338.00 |
| | Street | | | |
| | Stroudsburg   PA   18360 | Filing Fee: 338.00 | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | _____ | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| | | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

Case 5:22-bk-00412-MJC    Doc 1    Filed 03/04/22    Entered 03/04/22 08:41:37    Desc
Main Document       Page 34 of 47

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* |
| _____ <br> City    State    ZIP Code | _____ <br> _____ | ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* |
| _____ <br> City    State    ZIP Code | _____ <br> _____ | ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  ___Personal financial information___

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                            Employer identification number of the plan

_____    EIN: __ __ - __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor __Johnson Residential LLC_____  Case number (*if known*)_____
        Name

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Case 5:22-bk-00412-MJC   Doc 1   Filed 03/04/22   Entered 03/04/22 08:41:37   Desc
Main Document     Page 36 of 47

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Customers | PA 302 Rt. 507 | Customers' items for | $_____ |
| Name | Tafton, PA 18464 | installation in homes | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City   State   ZIP Code | | From _____  To _____ |
| **25.2.** Business name and address | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City   State   ZIP Code | | From _____  To _____ |
| **25.3.** Business name and address | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City   State   ZIP Code | | From _____  To _____ |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | Alfred D. Beck, CPA | | From **2014** To **Present** |
| | Name | | |
| | 914 Church St. | | |
| | Street | | |
| | Honesdale | PA | 18431 |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City                    State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.
Name

Street

City                    State        ZIP Code

Name and address

26d.2.
Name

Street

City                    State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name

Street

City                    State        ZIP Code

Debtor   Johnson Residential LLC
_____
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
Name

_____
Street

_____

_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua W. Johnson | 124 Decker Creek Drive, Hawley, PA 18428 | Sole Member | 100% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Please see SOFA 4.1 and 4.2 | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 13

Debtor   Johnson Residential LLC                           Case number (if known)_____
         _____
         Name

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | | | _____ | _____ | _____ |
| | _____ | | | | |
| | Name | | _____ | | |
| | _____ | | | | |
| | Street | | _____ | | |
| | _____ | | | | |
| | _____ | | | | |
| | City                State    ZIP Code | | _____ | | |
| | Relationship to debtor | | _____ | | |
| | _____ | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 / 4 / 22
              MM / DD / YYYY

✗ _____          Printed name   Joshua W. Johnson
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   Sole Member


Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **14**

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF PENNSYLVANIA

**In re:**

Johnson Residential LLC,　　　　　　　　　　**Case No.** _____

**Debtor**　　　　　　　　　　　　　　　　　　**Chapter** __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.　　Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　　　For legal services, I have agreed to accept ........................................................ $___**5,000.00**_____

　　　　Prior to the filing of this statement I have received ............................................ $___**5,000.00**_____

　　　　Balance Due ............................................................................................... $_____**0.00**_____

2.　　The source of the compensation paid to me was:

　　　　　　☑ Debtor　　　　　　　☐ Other (specify)

3.　　The source of compensation to be paid to me is:

　　　　　　☐ Debtor　　　　　　　☐ Other (specify)

4.　　☑ I have not agreed to share the above-disclosed compensation with any other person unless
　　　　they are members and associates of my law firm.

　　　　☐ I have agreed to share the above-disclosed compensation with another person or persons
　　　　who are not members or associates of my law firm. A copy of the agreement, together with a
　　　　list of the names of the people sharing in the compensation, is attached.

5.　　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
　　　　case, including:

　　　　a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining
　　　　　　whether to file a petition in bankruptcy;

　　　　b. Preparation and filing of any petition, schedules, statements of affairs and plan which may
　　　　　　be required;

　　　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any
　　　　　　adjourned hearings thereof;

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Amendments, Continuances, Motions for Relief, Lien Avoidances or Adversary Proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_3/4/22_
_Date_

_/s/ Philip W. Stock_
_Signature of Attorney_

**The Law Office of Philip W. Stock**
_Name of law firm_

---

Johnson Residential LLC
124 Decker Creek Drive
Hawley, PA 18428


Philip W. Stock, Esquire
706 Monroe Street
Stroudsburg, PA 18360


Access Capital
18377 Beech Blvd. Suite 214
Huntington Beach, CA 92648


Callicoon Supply/Peter Romano
Armstrong Madison & Chase
19 Spear Rd.
Ramsey, NJ 07446


Chris Colurusso
Bryana Darbenzio
12093 Creek Rd.
Clarks Summit, PA 18411


Daniel Wechsler, Esquire
Amato and Keating, PC
107 North Commerce Way, Suite 100
Bethlehem, PA 18017


David Phillips
457 Tioga Ave.
Kingston, PA 18704


Edward A. Jaeger, Jr., Esquire
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103


Hajoca Corporation
dba Eastern Penn Supply
159 N. Second St.
Stroudsburg, PA 18360

John and Liara Leonard
33 Summer Lake Drive
Highland Lake, NY 12743


John J. Stahl
258 Rowland Rd.
Greeley, PA 18425


Joseph Caramanica
123 Terrace Rd.
Tafton, PA 18464


Kubota Credit Corp.
PO Box 0559
Carol Stream, IL 60132


Lindsey Ann Watson
Dennis Zachary Bamford
29 Stegner Ave.
White Mills, PA 18473


Lisa Mathena
Donna Girod
7 Catfish Court
Canadensis, PA 18325


Nancy and Karl Kapp
127 Erin Drive
Danville, PA 17821


Meyer and Heather Rubenstein
596 Boyds Mills Rd.
Milanville, PA 18443


Office of Attorney General Josh Shapiro
Collections Unit
Strawberry Square, 14th Fl
Harrisburg, PA 17120

Richard B. Henry, Esquire
1105 Court Street
Honesdale, PA 18431


Robert and Kathy Benedetto
301 Sunset Shore Dr.
Hawley, PA 18428


Scott Mayer
27 South Shore Drive
Lake Ariel, PA 18436


Todd and Marianne Northrop
22 Linvale Lane
Bridgewater, NJ 08807


Wayne Bank
717 Main Street
PO Box 269
Honesdale, PA 18431