# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 4/18/2022
Case: 5:22–bk–00412–MJC     Form ID: pdf010     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     John J Martin (Trustee)     pa36@ecfcbis.com
aty     John J. Martin     jmartin@martin–law.net
aty     Philip W. Stock     pwstock@ptd.net

                                                   TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5463620     Wayne Bank     717 Main Street     PO Box 269     Honesdale, PA 18431

                                                   TOTAL: 1