UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Johnson Residential, LLC,** | : | Case No. 5:22-00412-MJC |
| | : | |
| **Debtor.** | : | |

## ORDER DENYING MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. §363(b)

Upon consideration of the Chapter 7 Trustee's Motion for Approval of Sale of Personal Property Pursuant to 11 U.S.C. §363(b) ("Motion") filed on March 11, 2022, Dkt. # 9, and for the reasons stated on the record,

It is hereby **ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2022